**United States District Court**
For the Northern District of California

1
2
3
4
5         IN THE UNITED STATES DISTRICT COURT
6         FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  MATTIE J. FLOWERS,                              No. CV 12-05686 NC
9         Plaintiff,                               **ORDER**
10    v.
11 MICHAEL J. ASTRUE,
12        Defendant.
                                        /
13
14 GOOD CAUSE APPEARING THEREFOR,
15     IT IS ORDERED that this case is reassigned to the **Honorable Saundra B. Armstrong** in
16 the **Oakland division** for all further proceedings. Counsel are instructed that all future filings shall
17 bear the **initials SBA** immediately after the case number. All hearing dates presently scheduled are
18 vacated and motions should be renoticed for hearing before the judge to whom the case has been
19 reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a
20 magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed
21 for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R.
22 Civ. P. 72(b).
23
24                                              FOR THE EXECUTIVE COMMITTEE:
25
26 Dated: November 13, 2012
                                                Richard W. Wieking
27 rev 4-12                                     Clerk of Court
28