1   HARVEY P. SACKETT

2   **S A C K E T T**
    **AND ASSOCIATES**

3   A PROFESSIONAL LAW CORP.

    1055 Lincoln Avenue
4   Post Office Box 5025
    San Jose, California 95150-5025
5   Telephone: (408) 295-7755
    Facsimile:  (408) 295-7444

6

7   /jgl

8   Attorney for Plaintiff

9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12  MATTIE J. FLOWERS,              )   No.:  4:12-cv-05686-SBA
                                    )
13          Plaintiff,              )
                                    )
14  v.                             )   STIPULATION AND ORDER
                                    )
15  CAROLYN W. COLVIN,[1]          )
16  Acting Commissioner,            )
    Social Security Administration, )
17                                  )
                                    )
18          Defendant.              )
                                    )
19  _____)

20          Plaintiff and Defendant, through their respective attorneys, hereby stipulate that:  (1)

21  Plaintiff shall have an extension of time of (60) days up through and including Friday, June 28,

22  2013 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any

23  opposition, including cross-motions, on or before July 26, 2013.  This extension is necessitated by

24

25  _____

26  [1]      Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
    Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
27  substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken
    to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.
28  § 405(g).

1   the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar

2   with the case, and prepare Plaintiff's Motion for Summary Judgment.

3        All deadlines will be extended accordingly.

4

5                                                MELINDA L. HAAG
                                                 United States Attorney
6

7

8

9   Dated: April 25, 2013                        /s/_____
                                                 DANIEL P. TALBERT
10                                               Assistant U.S. Attorney
                                                 Social Security Administration
11                                               Attorney for the Defendant

12

13

14

15  Dated:  April 26, 2013                       /s/_____
                                                 HARVEY P. SACKETT
16                                               Attorney for Plaintiff
                                                 MATTIE J. FLOWERS
17

18  IT IS SO ORDERED.

19

20  Dated: _4/26/13

21                                               _____
                                                 HON. SAUNDRA BROWN ARMSTRONG
22                                               United States Senior District Judge

23

24

25

26

27

28