1

2

HARVEY P. SACKETT

**SACKETT**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

3

4

5

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

6

7

/jgl

8

Attorney for Plaintiff

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

MATTIE J. FLOWERS,                           )   No.: 4:12-cv-05686-SBA
                                             )
              Plaintiff,                      )
14                                           )
                                             )
v.                                           )   STIPULATION AND ORDER
15                                           )
                                             )
CAROLYN W. COLVIN,[1]                         )
16                                           )
Acting Commissioner,                         )
Social Security Administration,              )
17                                           )
                                             )
18            Defendant.                      )
                                             )
19  _____ )

20

21

22

23

24

          Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1)

Plaintiff shall have an extension of time of (60) days up through and including Friday, June 28,

2013 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any

opposition, including cross-motions, on or before July 26, 2013.  This extension is necessitated by

25

26

27

28

_____

[1]        Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be
substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken
to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C.
§ 405(g).

1 | the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar

2 | with the case, and prepare Plaintiff's Motion for Summary Judgment.

3 |      All deadlines will be extended accordingly.

5 | MELINDA L. HAAG
United States Attorney

9 | Dated: April 25, 2013        /s/_____

DANIEL P. TALBERT
Assistant U.S. Attorney
Social Security Administration
Attorney for the Defendant

14 | Dated:  April 26, 2013        /s/_____

HARVEY P. SACKETT
Attorney for Plaintiff
MATTIE J. FLOWERS

18 | IT IS SO ORDERED.

20 | Dated: _4/26/13       _____

HON. SAUNDRA BROWN ARMSTRONG
United States Senior District Judge