HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTIE J. FLOWERS, | ) | No.: 4:12-cv-05686-SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of (60) days up through and including Friday, June 28, 2013 in which to e-file her Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before July 26, 2013.  This extension is necessitated by

---

[1]   Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

All deadlines will be extended accordingly.

MELINDA L. HAAG
United States Attorney

Dated: April 25, 2013            */s/*
                                 DANIEL P. TALBERT
                                 Assistant U.S. Attorney
                                 Social Security Administration
                                 Attorney for the Defendant

Dated: April 26, 2013            */s/*
                                 HARVEY P. SACKETT
                                 Attorney for Plaintiff
                                 MATTIE J. FLOWERS

IT IS SO ORDERED.

Dated: _4/26/13                  _____
                                 HON. SAUNDRA BROWN ARMSTRONG
                                 United States Senior District Judge

2