HARVEY P. SACKETT
**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

FILED
APR 30 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTIE J. FLOWERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,[1]<br>Acting Commissioner,<br>Social Security Administration,<br><br>　　　　Defendant. | No.: 4:12-cv-05686-SBA<br><br>NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL |

PLEASE TAKE NOTICE MATTIE J. FLOWERS, Plaintiff in the above-captioned case, hereby substitutes herself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated: April 19, 2013           /s/ _____
　　　　　　　　　　　　　　　　MATTIE J. FLOWERS
　　　　　　　　　　　　　　　　27104 Belvedere Court, Apt. #2
　　　　　　　　　　　　　　　　Hayward, California 94544

---

[1]   Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL

1  Dated: April 25, 2013						/s/
2										HARVEY P. SACKETT
3
4  IT IS SO ORDERED.
5
6  Dated: 4/29/13						*Saundra B Armstrong*
7										HON. SAUNDRA BROWN ARMSTRONG
										United States Senior District Judge
8

2

NOTICE AND PROPOSED ORDER OF SUBSTITUTION OF COUNSEL