UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTIE J. FLOWERS,<br><br>      Plaintiff,<br><br>vs.<br><br>CARULYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>      Defendant. | Case No: C 12-5686 SBA<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

Plaintiff, who is now pro se, was previously ordered to file her motion for summary judgment in this Social Security appeal by June 28, 2013. Dkt. 23. To date, Plaintiff has not filed her motion or otherwise communicated with the Court. Although Plaintiff is pro se, she remains obligated to follow the same rules and orders as represented parties. See Ghazali v. Moran, 46 F.3d 52, 54 (9th Cir. 1995) (per curiam). Accordingly,

IT IS HEREBY ORDERED THAT Plaintiff shall show cause in writing why the instant action should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to comply with a Court order. Within fourteen (14) days of the date this order is filed, Plaintiff shall file a written response to this order which explains her reason for not complying with the Court's scheduling order, why the action should not be dismissed, and the expected course of this proceedings in the event the action is not dismissed. FAILURE TO FULLY COMPLY WITH THIS ORDER WILL BE DEEMED SUFFICIENT GROUNDS TO DISMISS THE ACTION, WITHOUT FURTHER NOTICE.

IT IS SO ORDERED.

Dated: 1/27/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge