1

2                          UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                                  OAKLAND DIVISION

5

6   MATTIE J. FLOWERS,                          Case No:  C 12-5686 SBA

7              Plaintiff,                        **ORDER OF DISMISSAL**

8          vs.

9   CARULYN W. COLVIN, Acting
    Commissioner, Social Security
10  Administration,

11             Defendant.

12

13          On January 27, 2014, the Court issued an order directing Plaintiff to show cause why

14  the action should not be dismissed, pursuant to Federal Rule of Civil Procedure 41(b), for

15  failure to prosecute.  Dkt. 26.  Although Plaintiff's response was due by February 10, 2014,

16  to date, no response by Plaintiff has been filed.  The Court's Order warned Plaintiff that the

17  failure to file a response would result in the dismissal of the action.  See Ferdik v. Bonzelet,

18  963 F.2d 1258, 1262 (9th Cir. 1992) (holding that a warning that the failure to comply with

19  the court's instructions would result in dismissal was sufficient to satisfy its obligation to

20  consider "less drastic alternatives" before dismissing the action).  Accordingly,

21          IT IS HEREBY ORDERED THAT the instant action is DISMISSED with prejudice.

22  The Clerk shall close the file and terminate any pending matters.

23          IT IS SO ORDERED.

24  Dated:  2/12/2014                          _____
                                              SAUNDRA BROWN ARMSTRONG
25                                            United States District Judge

26

27

28