UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTIE J. FLOWERS,<br><br>       Plaintiff,<br><br>   vs.<br><br>CARULYN W. COLVIN, Acting Commissioner, Social Security Administration,<br><br>       Defendant. | Case No:  C 12-5686 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order of Dismissal,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant.

IT IS SO ORDERED.

Dated: February 12, 2014

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge